## STATE v. MARY B. McNEILL.

### (Filed 17 March, 1954.)

**Appeal and Error §§ 20a, 31g: Criminal Law § 77b—**

> The rule requiring that the evidence be set out in the record in narrative form is mandatory and may not be waived by the parties, and will be enforced by the Supreme Court *ex mero motu,* and failure to comply with the rule requires dismissal of the appeal in the absence of error appearing on the face of the record proper.

APPEAL by defendant from *Burgwyn, Emergency J.,* September Criminal Term 1953 of HARNETT. Judgment affirmed; appeal dismissed.

Criminal action tried on appeal from the Recorder's Court of Harnett County on a warrant charging the defendant with the unlawful possession of intoxicating liquor for the purpose of sale.

The jury returned a verdict of guilty, and from the judgment imposed the defendant appealed.

*Attorney-General McMullan, Assistant Attorney-General Bruton, Gerald F. White, Member of Staff, and William P. Mayo, Member of Staff, for the State.*

*Young & Taylor for defendant, appellant.*

PER CURIAM. The case was settled by agreement of counsel. All the evidence in the case is by question and answer, and not in narrative form, and therefore does not comply with Rule 19 (4), Rules of Practice in the Supreme Court, 221 N.C. 544, p. 556.

This Rule is mandatory, and may not be waived by the parties. *S. v. Powell,* 238 N.C. 550, 78 S.E. 2d 248; *Casey v. R. R.,* 198 N.C. 432, 152 S.E. 38; *Bank v. Fries,* 162 N.C. 516, 77 S.E. 678. See also *Pruitt v. Wood,* 199 N.C. 788, 156 S.E. 126.

This mandatory Rule will be enforced by this Court *ex mero motu. Anderson v. Heating Co.,* 238 N.C. 138, 76 S.E. 2d 458, and cases cited. "The Court has not only found it necessary to adopt them (the Rules), but equally necessary to enforce them and to enforce them uniformly." *Pruitt v. Wood, supra,* where many of our cases are cited in which appeals were disposed of for failure to comply with the Rules.

According to our decisions the judgment will be affirmed, and the appeal dismissed, as no error appears in the Record proper.

Judgment affirmed; appeal dismissed.